In the Matter of the Accounting of FRANK J. MAGUIRE, as Executor and Trustee under the Will of JOSEPHINE V. BLODGETT, Deceased, Appellant.

NATHAN E. BLODGETT et al., Respondents.

Argued May 19, 1941; decided May 22, 1941.

*Benjamin E. Shove* for motion.

*E. N. Mills* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.